```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
          UNITED STATES DISTRICT COURT        DOC #: _____
          SOUTHERN DISTRICT OF NEW YORK       DATE FILED: 4/23/09
```

RUSSIAN STANDARD VODKA (USA), INC.
and ROUST TRADING LIMITED,

   Plaintiffs,

  v.

ALLIED DOMECQ SPIRITS & WINE USA,
INC., PERNOD RICARD USA, LLC, S.P.I.
GROUP SA, and S.P.I. SPIRITS (CYPRUS)
LIMITED,

   Defendants.

Civil Action No. 06 Civ. 9915 (RLC) (GWG)

ECF Case

## ORDER

Pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 37.2, and having heard the parties' discovery disputes at an informal conference on March 24, 2009, the Court hereby orders that:

(1) The parties shall treat Pavel Bespalko, Esq. as "Qualified Outside Counsel" under the Protective Order entered in this action on November 12, 2008 ("the Protective Order");

(2) Defendants S.P.I. Group SA, and S.P.I. Spirits (Cyprus) Limited ("SPI Defendants") shall permit the inspection of SPI Defendants' Latvijas Balzams facilities relevant to the vodka received from Russia that is ultimately bottled and exported as STOLICHNAYA vodka pursuant to the restrictions of the Protective Order and at a time and on terms mutually-agreed to by the parties. All information about the inspection, including, but not limited to, any notes or

photographs taken, or reports prepared by Plaintiffs' or Defendants' counsel or any experts shall be designated as "CONFIDENTIAL: QUALIFIED COUNSELS' EYES ONLY"; and

(3) SPI Defendants will produce Aija Zablotska for deposition at a mutually agreeable time and place.

IT IS SO ORDERED.

Date: April 23, 2009

Honorable Robert L. Carter
U.S. District Court Judge